JACKSON, *ex dem.* Vroman, *against* VROMAN.

Notice of motion for judgment as in case of nonsuit, cannot be given, till after the circuit at which the plaintiff is bound to try has passed, though he entirely omit to notice his cause.

C. Y. LANSING, for the defendant, moved for judgment as in case of nonsuit, for not going to trial at the last *Schoharie* circuit, pursuant to stipulation. He read an affidavit, the *jurat* of which was dated the 16*th* of *October*, stating that no notice of trial was, on that day, at the time of making the affidavit, received for the circuit, which was to be holden on the 23*d* of *October*. And he said the plaintiff was in default. He had let the time pass for noticing. It was impossible for him to try; and should be considered in the same light as if a circuit had passed, and the cause in fact not tried, through the plaintiff's fault.

*I. Seelye*, contra, said the application was premature. The cause might yet have been tried by arrangement between the parties; or the circuit might have fallen through. The plaintiff is not completely in default till his cause has been, or might be, called on the calendar.

And of this opinion was *the Court.*

Motion denied.